UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORTH AMERICAN SPORT KARATE ASSOCIATION INC., A MINNESOTA CORPORATION;

Plaintiff,

v. Case No.: 6:26-cv-00752-GAP-RMN

WORLD TOUR PROMOTERS, LLC, A FLORIDA LIMITED LIABILITY COMPANY; MICHAEL MCCOY, AN INDIVIDUAL; PRO-KICK PRODUCTIONS, LLC, A FLORIDA LIMITED LIABILITY COMPANY; AKI ENTERPRISES LLC, A MISSOURI LIMITED LIABILITY COMPANY; MON ART QUEBEC, 13579441 CANADA, INC., A CANADIAN CORPORATION; TRUTH ENTERTAINMENT LLC, A TENNESSEE LIMITED LIABILITY COMPANY; AND DON RODRIGUES KARATE ACADEMY, LTD., RHODE ISLAND CORPORATION;

Defendants,
_______________________________/

**ORDER**

This case is before the Court Plaintiff North American Sport Karate Association, Inc.'s Motion for Sanctions (Doc. 83) filed August 19, 2026. Defendants are **ORDERED** to respond by August 26, 2026.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 20, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party